## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Crim. No. 1:16-CR-348** |
| | : | |
| | : | |
| **v.** | : | |
| | : | |
| | : | |
| **EFRAIN TROCHE-RIVERA** | : | **Judge Sylvia H. Rambo** |

## O R D E R

For the reasons set forth in the accompanying memorandum of law, **IT IS HEREBY ORDERED** that Defendant Efrain Troche-Rivera's ("Defendant") motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 (Doc. 98) is **DENIED**.

Because the court finds that Defendant's claims are clearly without merit, he has failed to make a substantial showing that he was denied a constitutional right, and jurists of reason could not conclude that his claims are adequate to deserve encouragement to proceed, **IT IS FURTHER ORDERED** that no certificate of appealability will issue.

**IT IS FURTHER ORDERED** that: Defendant's motion for transcripts (Doc. 102) is **DENIED**, and Defendant's motion to take judicial notice (Doc. 103) is **GRANTED**.

The Clerk of Court is directed to close the corresponding civil case number 18-cv-02437.

*s/Sylvia H. Rambo*_____
SYLVIA H. RAMBO
United States District Judge

Dated: August 15, 2019